# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. SACV 09-0404 DOC (MLGx)            Date: June 4, 2009

Title: ABRAMS V. CITY OF NEWPORT BEACH ET AL.

---

DOCKET ENTRY
[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                          Date:_____ Deputy Clerk: _____

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kristee Hopkins | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                  NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER TO SHOW CAUSE

        On May 27, 2009 this Court granted Defendant's Motion to Dismiss this Case. On May 29, 2009, Plaintiff filed a First Amended Complaint without any explanation as to why she failed to respond to Defendant's Motion to Dismiss this Case. The Plaintiff is hereby ordered to show cause in writing, by June 18, 2009 as to why her First Amended Complaint should not be stricken.

        The Order to Show Cause will stand submitted upon filing of the response

        The Clerk shall serve this minute order on all parties to the action.