1 | HARRY W. HARRISON (SBN: 211141)
  | MATTHEW J. O'CONNOR (SBN: 203334)
2 | DANIEL D. BODELL (SBN: 208889)
  | HARRISON, PATTERSON, O'CONNOR LLP
3 | 402 West Broadway, 29th Floor
  | San Diego, CA 92101
4 | Telephone: (619) 756-6990
  | Facsimile: (619) 756-6991
5 | e-mail: hharrison@hpolaw.com
  | e-mail: dbodell@hpolaw.com
6 | Attorneys For Plaintiff SUZANNE ABRAMS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SUZANNE ABRAMS | ) | CASE NO.: SACB 09-404 DOC (MLGx) |
|---|---|---|
| Plaintiff, | ) | **MOTION IN LIMINE TO EXCLUDE REFERENCE TO THE TERMINATION OF PLAINTIFF'S EXPERT RICHARD LICHTEN FROM HIS POSITION AT LOS ANGELES COUNTY SHERIFF'S DEPARTMENT** |
| vs. | ) | |
| CITY OF NEWPORT BEACH, CALIFORNIA, DAVID KRESGE, an individual; and DOES 1 through 50, inclusive, | ) | |
| Defendants. | ) | *Complaint filed: April 3, 2009* |

### I. Introduction

Plaintiff respectfully moves this Court, pursuant to Rules 104, 401, 402 and 403 of the Federal Rules of Evidence, for an Order prohibiting the Defendants from introducing evidence, either documentary or testimonial (including expert testimony), questioning any witness, or presenting any arguments to the jury (including in opening or closing statements) regarding the termination of Plaintiff's Expert Richard Lichten from his position at the Los Angeles County Sheriff's Department. For the reasons explained below, such evidence is irrelevant to the case at hand under Rule 401 of the Federal Rules of Evidence, inadmissible under Rule 402 of the Federal Rules of Evidence and prejudicial under Rule 403 of the Federal Rules of Evidence.

### II. Argument

Richard Lichten is Plaintiff's police expert in this case. He is a 30 year law enforcement veteran with extensive experience in use of force investigations. During Mr. Lichten's recent

deposition, opposing counsel made inquiry into the irrelevant and highly prejudicial matter of the circumstances surrounding his departure from the Los Angeles County Sheriff's Department.

Mr. Lichten retired in February 2008 and took a normal retirement. However, at the time of his retirement, a civilian employee of the Sheriff's Department accused him of engaging in an improper relationship with her. However, there was no investigation and there was no discipline ever meted out to Mr. Lichten.

This evidence is not probative of any fact in issue. FED. R. EVID. 401, 402. Alternatively, any limited probative value that the matters may have is substantially outweighed by the danger of unfair prejudice, confusion of the issues and delay. FED. R. EVID. 403.

### III. Conclusion

For all of the reasons stated herein, and pursuant to Rules 104, 401, 402 and 403 of the Federal Rules of Evidence, Plaintiff respectfully requests that the Court enter an Order prohibiting the Defendants from introducing evidence, either documentary or testimonial (including expert testimony), questioning any witness, or presenting any arguments to the jury (including in opening or closing statements) regarding the termination of Plaintiff's Expert Richard Lichten from his position at the Los Angeles County Sheriff's Department.

Dated: August 12, 2010　　　　　　　　　　　HARRISON PATTERSON & O'CONNOR LLP

By:　/S/ Daniel D. Bodell
Harry W. Harrison
Matthew J. O'Connor
Daniel D. Bodell
Attorneys for Plaintiff SUZANNE ABRAMS

MOTION IN LIMINE TO EXCLUDE REFERENCE TO
THE TERMINATION OF PLAINTIFF'S EXPERT　　　　　CASE NO.: SACB 09-404 DOC (MLGx)