Peter J. Ferguson, State Bar No. 108297
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California  92705
(714) 953-5300
(714) 953-1143 Fax
email: Peterferg@aol.com

Attorneys for Defendants City of Newport Beach and David Kresge

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE ABRAMS,<br><br>                Plaintiff,<br><br>vs.<br><br>CITY OF NEWPORT BEACH, CALIFORNIA, DAVID KRESGE, and individual; and DOES 1 though 50, Inclusive,<br><br>                Defendants.<br>_____ | Case No.  CV 09-404 DOC (MLGx)<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE REFERENCE TO THE TERMINATION OF PLAINTIFF'S EXPERT RICHARD LICHTEN**<br><br>**Pre-Trial Conference: August 23, 2010**<br>**Time: 8:30 a.m.**<br>**Crtrm: 9D**<br><br>**Honorable Judge David O. Carter**<br><br>**Trial: September 28, 2010** |

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendants City of Newport Beach and David Kresge hereby objects to Plaintiff's Motion in Limine to Exclude Reference to the Termination of Plaintiff's Expert Richard Lichten from his position at Los Angeles County Sheriff's Department as plaintiff's expert, Richard Lichten left his employment with the Los Angeles Sheriff's Department shortly after misconduct allegations were brought. Therefore, the evidence indicates that plaintiff's expert, Richard Lichten is biased as an expert opinion against all law enforcement officers and their departments.

Defendants City of Newport Beach and David Kresge request that Plaintiff's Motion in Limine regarding Plaintiff's expert Richard Lichten be denied.

DATED: August 16, 2010          FERGUSON, PRAET & SHERMAN
                                A Professional Corporation

                          By:   /s/ Peter J. Ferguson, Esq.
                                Peter J. Ferguson, Attorney for Defendants
                                City of Newport Beach and David Kresge

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

      I, Coleen M. Ludvigson, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action. My business address is 1631 East 18th Street, Santa Ana, California 92705-7101.

      On August 16, 2010, I served the foregoing **DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE REFERENCE TO THE TERMINATION OF PLAINTIFF'S EXPERT RICHARD LICHTEN** on the interested parties as follows:

Harry W. Harrison, Esq.
Daniel D. Bodell, Esq.
Harrison, Patterson, O'Connor & Kinkead, LLP
402 West Broadway, 29th Floor
San Diego, CA 92101

\_\_\_\_ (By Mail) I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day.

XXX (By e-filing) The above noted individuals are registered with the Court to receive notice of electronically filed documents. Per ECF rules, hard copies must be served only on parties who are not set up for electronic notification.

\_\_\_\_ (State) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

XXX (Federal) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 16, 2010, at Santa Ana, California.

                                           /s/Coleen M. Ludvigson
                                           Coleen M. Ludvigson