Peter J. Ferguson, State Bar No. 108297
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300
(714) 953-1143 Fax
email: Peterferg@aol.com

**JS-6**

Attorneys for Defendants City of Newport Beach and David Kresge

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE ABRAMS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF NEWPORT BEACH, CALIFORNIA, DAVID KRESGE, and individual; and DOES 1 though 50, Inclusive,<br><br>　　　　　Defendants.<br>_____ | Case No. SA CV 09-404 DOC (MLGx)<br><br>**JUDGMENT ON JURY VERDICT**<br><br>**Honorable Judge David O. Carter** |

TO: CLERK OF THE COURT:

The above matter having come before the Court for a trial by jury on December 7, 2010, and the jury having rendered its unanimous verdict in favor of the Defendants on December 10, 2010,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants, City of Newport Beach and David Kresge, and against Plaintiff, Suzanne Abrams.

Plaintiff shall take nothing by her Complaint and Defendants shall recover costs of suit against Plaintiff, Suzanne Abrams pursuant to *Federal Rules of Civil Procedure*, Rule 54(d)(1) in the amount of $_____.

DATED: December 22, 2010

*David O. Carter*
Honorable David O. Carter
United States District Judge