# UNITED STATES DISTRICT COURT
Central District of California

**BILL OF COSTS**

Suzanne Abrams,

V.

City of Newport Beach, California, David Kresge, and individual; and Does

Case Number: SACV 09-404 DOC (MLG

Judgment having been entered in the above entitled action on __12/22/10__ against __Plaintiff__,
    Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................... | $ 0.00 |
| Fees for service of summons and subpoena ....................................... | 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (Expedited or daily transcripts require prior Court Order.) | |
| 1. Trial Transcripts, if requested by the Court or prepared pursuant to stipulation ............ | 0.00 |
| 2. Deposition Transcripts (includes non-expedited transcripts, the reporter's appearance fee, fees for binding, bates stamping, non-expedited shipping & handling, processing fee, ASCII disks, production and code compliance charge, electronic transmission charge, miniscripts and witness handling charges) ............ | $11,934.45 ~~13,801.40~~ |
| Fees and disbursements for printing .................................................. (The costs of copies of an exhibit attached to a document necessarily filed and served.) | 0.00 |
| Fees for witnesses (itemize on page 2 of 3) ........................................ | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | $905.41 ~~1,810.82~~ |
| Docket fees under 28 U.S.C. 1923 (if incurred) ................................... | 0.00 |
| Costs as shown on Mandate of Court of Appeals .................................. | 0.00 |
| Compensation of court-appointed experts .......................................... | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ....... | 0.00 |
| Other costs to be taxed pursuant to prior Court approval (please itemize) ............... | 0.00 |
| TOTAL $ | $12,839.86 ~~15,612.22~~ |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

---
**DECLARATION**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: __Daniel D. Bodell__

_/s/_ Signature of Attorney

Peter J. Ferguson
Name of Attorney

For: __Defendants City of Newport Beach and David Kresge__
    Name of Claiming Party

Date: __January 3, 2011__

Costs are taxed in the amount of __$12,839.86__     ~~15,612.22~~

TERRY NAFISI                By: _Rosa Morales_ Deputy Clerk     February 18, 2011
Clerk of Court                                                    Date

CV-59 (01/08)                BILL OF COSTS                       Page 1 of 3
                                                                 CCD-CV59